

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-30-2008

# Elezi v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2786

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Elezi v. Atty Gen USA" (2008). *2008 Decisions.* Paper 775.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/775

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-2786
_____

INDRIT ELEZI,

Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED STATES

_____

On a Petition For Review of an Order
of the Board of Immigration Appeals
Agency No. A97-396-841
Immigration Judge: Henry S. Dogin

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 12, 2008

Before: FUENTES, ALDISERT and GARTH, <u>Circuit</u> <u>Judges</u>

(Opinion filed June 16, 2008)

_____

ORDER AMENDING OPINION
_____

At the direction of the Court, the Slip Opinion filed in this case on June 16, 2008 is

amended as follows:

On page *1 (2008 WL 2435570), the citation within the second sentence of the

first full paragraph to "8 U.S.C. § 212(a)(6)(A)(i)" is deleted and "8 U.S.C. §

1182(a)(6)(A)(i)" is substituted for it.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: July 30, 2008
PSD/cc: Michael P. DiRaimondo, Esq.
        Jeffrey L. Menkin, Esq.
        Blair T. O'Connor, Esq.
        Rosanne M. Perry, Esq.